MIRIAM SCHWARTZBERG, as Administratrix of the Estate of IDA B. SCHWARTZBERG, Deceased, Respondent, *v.* TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK et al., Appellants.

Argued October 21, 1948; decided November 24, 1948.

*John P. McGrath, Corporation Counsel (Arthur H. Kahn, Seymour B. Quel* and *Michael A. Castaldi* of counsel), for appellants.

*Irving Mariash* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.